318

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOHN BECKETT, DEFENDANT-PETITIONER.

Mr. *Stanley C. VanNess* and Mr. *Norman L. Kline,* for the petitioner.

Mr. *Robert N. McAllister, Jr.,* and Mr. *Ernest M. Curtis,* for the respondent.

January 27, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
CHARLES G. HENDRY, DEFENDANT-PETITIONER.

Mr. *Stanley C. VanNess* and Mr. *Joel I. Bergman* for the petitioner.

Mr. *Robert N. McAllister* and Mr. *Ernest M. Curtis* for the respondent.

January 27, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOHN A. JACKSON, DEFENDANT-PETITIONER.

Messrs. *Glucksman & Weitzman* for the petitioner.

Mr. *Joseph P. Lordi* and Mr. *David S. Baime* for the respondent.

January 27, 1970. Denied.